IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HILLCREST OPTICAL, INC., a corporation on behalf of itself and all others in the State of Alabama similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:20-CV-275-JB-B |
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

JUDGMENT

In accordance with the Order entered on October 21, 2020 (Doc. 34), it is the ORDER, JUDGMENT, and DECREE of this Court that judgment is ENTERED in favor of Defendant and against Plaintiff. It is further ORDERED that all costs herein incurred are taxed against Plaintiff, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 22nd day of October, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE